# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

Myron Simmons
Plaintiff

vs.

Terry Dobbs

Defendant(s)

Case No. 07 C 50227

Judge Kapala

RECEIVED
NOV 1 9 2007

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, __Myron Simmons__, and states as follows:

My current address is: __P.O. Box 1200 Dixon, Il. 61021__

The defendant __Terry Dobbs__, is employed as __Attorney at Law__ at _____

The defendant __N/A__, is employed as _____ at _____

The defendant ___N/A___, is employed as _____
_____ at _____

The defendant ___N/A___, is employed as _____
_____ at _____

(revised 9/96)

The defendant ___N/A___, is employed as _____
_____ at _____

Additional defendants and addresses ___N/A___

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?      Yes ☒   No ☐

If yes, please describe

Bloomington/Normal Police Dept. for false arrest, States Attorney for allowing police to lie at the Grand jury.

B. Have you brought any other lawsuits in state or federal court while incarcerated?
                                              Yes ☐   No ☒

C. If your answer to B is yes, how many? _____  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to previous lawsuit:

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court (if federal court, give name of district; if state court, give name of county)
      Central District of Illinois, Peoria, Divsion

## STATEMENT OF CLAIM

Place of the occurrence  Bloomington, Ill.

Date of the occurrence  11-23-05

Witnesses to the occurrence  Shantresse Wilson-Dillard

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
    THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

Mr. Dobbs failed to interverw witness, review discovery, investigate and present crucial evidence. Counsel failure in action, not only deprived defendant of his rights, and also a fair Challenge at trial.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

I'm asking for a Collateral relief of a half a million dollar.

**JURY DEMAND**   Yes ⬤   No ☐

Signed this  15  day of  November , 19 2007 .

*(Signature of Plaintiff)*
Myron Simmons

Name of Plaintiff: Myron Simmons
Address: PO Box 1200 Dixon Il 61021
Inmate Identification Number: N83544
Telephone Number:

Myron Sims
P.O. Box
Dixon, Il. 61021

Legal mail

U.S. District Court
Northern District of Illinois, Western Division
211 South Court, Federal Bldg.
Rockford, Ill. 61101

This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections



02 1A
0004385664
MAILED FROM ZIP CODE 61021
$01.31⁰
NOV 16 2007
UNITED STATES POSTAGE
PITNEY BOWES