IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**F I L E D**

NOV 1 9 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Myron Simmons
_____
Plaintiff/Petitioner,

vs.

Terry Dobbs
_____
Defendant(s)/Respondent.

CASE NO. 07 C 50227

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Myron Simmons, am (check one) the ☒ plaintiff ☐ petitioner ☐ defendant in the above-entitled proceeding, and I am unable to afford the services of an attorney. I ask the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I state that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare (check appropriate box):

   ☒ I am not currently, nor previously have I been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding pending before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) set forth on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☒ An application to proceed in forma pauperis with this case is attached to this motion; it accurately describes my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case; the information contained therein remains a true and correct representation of my financial status.

   ☐ I have previously filed an application to proceed in forma pauperis with this case, but my financial circumstances have changed. I attach an amended application detailing my current financial status.

   ☐ (Optional; check only if applicable) I attach an affidavit setting forth special facts to explain why I am unable to pursue this case without counsel.

5. I declare under penalty that the foregoing is true and correct.

11-15-2007
_____
Date

_Myron Simmons_
Movant's Signature

P.O. Box 1200
_____
Street Address

Dixon       IL       61021
City        State    Zip