**F I L E D**

**DEC 1 1 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MYRON SIMMONS, )
    Petitioner )
) 07 C 50227
vs )
) Case No: 07-1310
Terry Dobbs, )
    Defendant. )

## AFFIDAVIT/NOTICE OF FILING

I Myron Simmons being duly sworn do depose and state that the attached document is true and correct facts in support of the claims that are stated in my suit.

Please take notice on __12-07-07__, 2007, I filed with the United States District Court of Central Illinois the attached document as Exhibit A. Copy(ies) of which are served on the following named defendant:

Terry Dobbs
624 N. Main St.
Bloomington, IL 61701

/s/ _Myron Simmons_
plaintiff
Reg. No.:
Dixon Correctional Center
P.O. Box 1200
Dixon, IL 61021

Subscribed and Sworn
to before me this 7th
day of __December__, 2007

_Carole S. O'Neal_
NOTARY PUBLIC

"OFFICIAL SEAL"
Carole S. O'Neal
Notary Public, State of Illinois
My Commission Exp. 07/31/2010

"OFFICIAL SEAL"
Carole S. O'Neal
Notary Public, State of Illinois
My Commission Exp. 07/31/2010

What's not stated in this Report is the threat of losing my kids if I didn't implicate my Uncle, Myron Simmons, in these Incident Reports.

Shantrese Dillard

*Shanta Dillard*
11-19-2007

State of Arkansas
St Francis County
Date 11-19-2007

*Jean Sackville*
Expires 1/10/2015

[Notary Seal: JEAN SACKVILLE, COMM. EXP. 1-10-2015, NOTARY PUBLIC, SAINT FRANCIS CO., ARKANSAS, #12349243]

Incident Narrative 1  06/23/2005 15:56

Reporting DETECTIVE BRIAN QUINN - NPD, ID # 4660

On June 23, 2005, at approximately 1130 hours, I received a telephone call from the Walgreen's Pharmacy located at 1502 Ft. Jesse Road, Normal. I spoke with Mr. Loy. He told me that he had an encounter with two persons who purchased the limited amount of Sudafed allowed by law at his store. As he was giving me this information, he was receiving information from other stores that the same suspects had been to other store purchasing Sudafed. Mr. Loy gave me the name of the person as Samuel E. Dillard with an address of 1513 Woods Avenue. He had received this information from a military identification card that the person had shown. He told me that the vehicle was a whitish big 4-door car. He also told me that there was a black female with him wearing a baseball cap. As I was talking with him, I was informed that the suspects were at the Walgreen's located at Veterans Parkway and Vernon Avenue attempting to purchase Sudafed.

I contacted the Proactive Unit to see if they could assist. I contacted Officer Cherry who happened to be in the area of Veterans Parkway and Vernon Avenue. Members of the Proactive Unit along with NPD Vice Detectives were en route to the area.

I arrived at Walgreen's and saw a black male wearing a maroon medical scrubs walk out of Walgreen's carrying a small white plastic bag. I then saw a red colored car bearing Arkansas registration being driven by a black female with a ball cap, drive out of the parking lot and motioned to the male to walk across the street. I believe this was done due to the Proactive vehicles being in the area. The vehicle drove out of the parking lot and drove west bound on Vernon. A traffic stop was made on the vehicle in the 1400 block of East Vernon Avenue. Please see Officer Cherry's report on the traffic stop.

I then was told that the male (maroon scrubs) was walking south bound through the parking lots of businesses to the south of Walgreen's. Officer Underwood and Officer Stanfield made contact with the male. The male, later identified as Myron Simmons, M/B, 05-04-1968 had two active arrest warrants for him. He was placed in custody and transported to the NPD. He also had two boxes of Sudafed on his person in the white plastic bag. I cleared the scene and was en route to the NPD.

I entered the store and talked with the pharmacy department. I was informed that the male in the maroon jump suit purchased two packages of Sudafed. The female apparently attempted to purchase Sudafed but was denied a sale.

I drove past the traffic stop and saw a B/F, identified as Shantrese Dillard and also a male, identified as Samuel Dillard standing outside of the red car bearing Arkansas plates. The male then walked over to silver colored Cadillac. I contacted Officer Cherry who told me that they found numerous boxes of Sudafed. He told me that Shantrese and Samuel were going to be following the officers to the NPD for an interview.

Myron Simmons was placed into the vice interview room. Samuel Dillard was placed in the kids interview room with two children. Shantrese Dillard was placed into the CID interview room. When I met with these individuals, I informed them that the interview would be recorded on videotape. The following are summaries of the interviews. Please refer to the tapes for more information.

I began the interviews by talking with Myron Simmons. I began the interview with him at approximately 1227 hours. I received his personal information as:
Myron Simmons
05-04-1968
Just moved with his brother Exosie Simmons on Welmington Way. He did not know the address.
Last address of 1331 Ft. Hamm, Dallas Texas
Telephone number of 663-0262
Employment of Express Temp Services



I read the Miranda warning to Simmons from a card and he understood. I told him about the warrants and asked him if he had lived up here in the past and he told me that he had. He told me that the warrant were for driving. I told him that he was here because he was out buying numerous boxes of Sudafed. He told me that he only bought two boxes of the stuff at Walgreen's. He told me that he has bad sinus problems and he needs it for that. I asked him if he had been anywhere else today buying Sudafed and he told me no. I asked him if he was sure and he told me yes. I asked him how much Sudafed he goes through and he told me that he would go through those two boxes over the next two days. Simmons asked me how methamphetamine is made. I explained a short version of how to separate the ephedrine from the cut. Simmons stated that he did not go anywhere else today to buy pills. I asked him if I was going to find anything in the car and he asked what car. I told him the red car and he told me no. I concluded the interview for a few moments. I then returned and spoke with Simmons. I asked him if the handcuffs were all right and he told me that they were. I once again asked him about the pills that were found. I asked him about the 20 boxes of Sudafed and he told me that he did not have the boxes of pills. Simmons began to get upset. He told me that she dropped him off at Walgreen's and he only had two boxes and was walking home when he was stopped. He told me that he only bought two boxes and he was going to walk home. Simmons stated that he was ready to go to jail. Simmons turned his back and did not want to answer any more questions. I concluded the interview with Simmons. Simmons was later transported to the McLean County Jail for processing with charges of possession of

methamphetamine chemicals along with his two in state warrants.

I then met with Shantrese Dillard. Dillard had two kids with her located in the kids interview room. The kids were left with Samuel Dillard while Shantrese was interviewed. Shantrese was not handcuffed during this interview. I received her personal information as:
Shantrese L. Dillard
05-04-1977
1513 Woods Ave. #2, Normal Illinois
Cellular telephone number of (309) 242-3396
Employment-housewife

I read the Miranda warning to her. She began crying and asked why she was getting arrested. I completed the Miranda warning and she understood. I explained to her that she was in custody for possession of methamphetamine precursors. I asked her how many different stores she went to and she began talking about what happened since this morning. She told me that Myron called her and asked her to pick up two packages of Sudafed. She told me that first went to Walgreen's on Ft. Jesse and bought two packages. She then went and picked up Myron. Once she picked him up, they went to Kroger's, then Walgreen's, then Schnucks, and then went back to Walgreen's. She told me that her husband then called and they were going to meet at McDonald's. She stated that she was then pulled over by the police. Shantrese stated that she did not think about the first two boxes that she picked up but asked him about it after they stopped again. She told me that he just told her that he needed to go to a couple more stores. Shantrese told me that once they were done with Walgreen's she was going to take him home a then meet with her husband at McDonalds. I told her that Samuel was also buying for him and she told me that she did not know that. She to me that she could tell me that exact number of Sudafed that was in her car. She told me that the people took her ID when she bought the Sudafed. She knew that something was going on when she saw the police cars in the area of Walgreen's. I asked her who put up the money f the pills and she told me that Myron gave her a total of $60.00 to buy the pills. She stated that she had not done this before today. I asked Shantrese if she does any types of drugs and she told me that she does not do anything. She gave me the telephone number of 663-0263 as th number that Myron was calling from. The time was 10:36am. I concluded the interview with Shantrese for a short time. I brought Shantrese out to sit with her children while other interviews were being conducted.

Shantrese called a friend to pick up her kids. She gave me the name of the person as Kim at telephone number of 275-7726. The children that were present today were Taylor Woodfork 06-28-2001 and Cameron Woodfork 07-25-2000. Kim arrived to pick up the kids. I moved Shantrese to the NPD vice interview room. I started an interview with her again.

I asked Shantrese about the pills. She told me that her uncle and aunt would not allow Myron to bring that stuff into their home. Shantrese to me that if she had to guess where the dope was coming from, she could come up with a couple of names. She was not sure where the pills would be going. I asked her if there was anything at her house and she was very adamant about nothing being at the house. She told us that could go search the house if we wanted to. I told her that it was not necessary. I asked her about Samuel. She told me that he does not get in any trouble and is a sergeant in the military. I told Shantrese that I would talk with my sergeant about the charges. I told her that I appreciate the cooperation that she had given me today. Shantrese Dillard was later transported to the McLean County Jail for processing on charges o possession of methamphetamine chemicals.

I then met with Samuel Dillard. I received his personal information as Samuel E. Dillard
01-24-1982
1513 Woods Avenue #2, Normal Illinois
Cellular telephone number of (309) 212-5255
Employment of Kelly Services.



I read the Miranda warning to Samuel from a card and he understood. I told him that he was under arrest for possession of methamphetamin precursors with the amount of Sudafed. I asked him for his identification card. He handed me an Illinois driver's license and also a military card with the name of Samuel Dillard on it. (Dillard showed a military card at the Walgreen's on Ft. Jesse for the purchase of Sudafed) I ask him if Myron had asked him to purchase Sudafed for him and Dillard told me that he did. Dillard stated that he bought two boxes of Sudafe at Walgreen's on Ft. Jesse. He told me that he thought Myron had allergies. I asked him if he knew anything about methamphetamine and he stated that it was big in Arkansas but he didn't know about it personally. I asked him about the pills and he told me that he only bought the t boxes and that was it. Dillard told me that he did not know a lot about Myron. He started talking about how much he works and what he doe during the day to attempt to get off of the subject. I asked him to go through what happened today. He told me that Myron called his wife's phone this morning and he went out and picked up the two boxes of Sudafed. He stated that he bought the Sudafed and then came back to th house and gave him the boxes. He then stayed home while Myron and his wife left the house. I asked Dillard if he needed a drink and he declined. I concluded the interview with Dillard for a short time.

Sergeant Edmiaston and I then returned to talk with Dillard. Dillard then began talking more about the situation. He told us that he had boug a total of 10 boxes of Sudafed for Myron. He stated that he went to four or five places. He gave the names of both Wallmart's, Jewel/Osco a

Date: 06/24/2005 07:40

Walgreen's. He told us that when he heard that his wife had been pulled over, he threw the boxes of Sudafed out the window. He told us that I threw them out on Ft. Jesse Road. We concluded the interview with Samuel Dillard. He was later transported to the McLean County Jail for processing on processing on charges of possession of methamphetamine chemicals.

The interviews were recorded on a DVD. The interview with Myron Simmons shall hereafter be referred to as Exhibit #110158394. The interview with Shantrese Dillard shall hereafter be referred to as Exhibit #110158395. The interview with Samuel Dillard shall hereafter be referred to as Exhibit #110158396.

I took photos of the packages of Sudafed that was recovered from Shantrese Dillard's vehicle. There were a total of 20 boxes of 240 mg Sudafed tablet with 10 pills in each box. There were a total of 2 boxes of 240 mg Sudafed tablets with 5 pills in each box. The active ingredient in Sudafed is Psuedoephedrine. There were a total of 210 pills at 240 mg seized from the vehicle.

Simmons had a total of two boxes of 240 mg Sudafed pills with 10 pills in each box. There were a total of 20 pills of Sudafed seized from him when he was stopped.

Receipts and bags containing the boxes of Sudafed found in the vehicle were as follows. Some of the bags did not contain a receipt. These items were placed into evidence and shall hereafter be referred to as Exhibit #110158389.

| Where: | Amount | Time | Price |
|---|---|---|---|
| Walgreen's, | 2 Sudafed 10 pak | 11:06 | $17.76 |
| Schnucks | 2 Sudafed 10 pak | 11:29 | $16.75 |
| Jewel/Osco | 2 Sudafed 10 pak | No receipt | |
| Jewel/Osco | 2 Sudafed 10 pak | 11:12 | $16.95 |
| Kroger | 2 Sudafed 5 pak | No receipt | |
| Walgreen's | 2 Sudafed 10 pak | No receipt | |
| Walgreen's | 2 Sudafed 10 pak | 9:49 | $17.58 |
| Jewel/Osco | 2 Sudafed 10 pak | 11:18 | $16.95 |
| Schnucks | 2 Sudafed 10 pak | No receipt | |
| Wal-Mart | 2 Sudafed 10 pak | 10:17 | $13.47 |
| Walgreen's | 2 Sudafed 10 pak | No receipt | |

The two boxes of Sudafed that Myron Simmons had on his person shall be referred to as Exhibit #110158393. These were two boxes of Sudafed with 10 pills to a box at 240 mg. The receipt that he had on his person showed they were purchased at Walgreen's at 11:32 hours.

There will be more information in a separate supplement on the interview with the store management.