# United States District Court
## Northern District of Illinois
### Western Division

Myron Simmons            **JUDGMENT IN A CIVIL CASE**

         v.                                 Case Number: 07 C 50227

Terry Dobbs

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the plaintiff's trust fund statement, construed as a motion for leave to file *in forma pauperis* [#3] is granted. However, the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. The case is terminated. The plaintiff's motion for counsel [#4] is denied as moot. The trust fund officer at the plaintiff's place of confinement is authorized and ordered to make deductions from the plaintiff's account and payments to the clerk of court in accordance with the order of January 2, 2008. The clerk is directed to mail a copy of this order to the trust fund officer at the Dixon Correctional Center. This dismissal counts as one of the plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g). Any pending motions are denied as moot.

Michael W. Dobbins, Clerk of Court

Date: 1/2/2008                                _____
                                                   /s/ Susan Wessman, Deputy Clerk